IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIO ALBERTO PAZ, ET AL.,  :
          Plaintiffs  :
    v.  :  Civil Action No.: 1:14-cv-1612-EGS
KEYBOAT, LLC D/B/A THE FIRELAKE  :
GRILL, ET AL.,  :
          Defendants  :

## NOTICE OF DISMISSAL

Plaintiffs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismiss, without prejudice, the above-captioned matter.

Respectfully submitted,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

By:     */s/ Mary Craine Lombardo*
Mary C. Lombardo (495881)
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020
(301) 354-8126 (fax)
mlombardo@steinsperling.com

*Attorneys for Plaintiffs*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

3967332_1